# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF PARLIER, et al.,<br><br>        Defendants. | Case No. 1:16 -cv-00549-LJO-SAB<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT FROM THE RECORD<br><br>(ECF No. 7) |

    Plaintiff Alfonso Padron, proceeding pro se filed this civil rights complaint pursuant to 28 U.S.C. § 1983 on April 19, 2016.  On June 2, 2016, findings and recommendations were filed recommending dismissing certain claims and defendants from this action and Plaintiff has thirty days in which to file objections to the findings and recommendations.  (ECF No. 6.)  On June 6, 2016, a second amended complaint was lodged with the Court.  (ECF No. 7.)

    Plaintiff has not been granted leave to file an amended complaint and therefore the second amended complaint shall be stricken from the record.  Plaintiff is advised that after the period to file objections has passed, an order will issue addressing the findings and recommendations.  Plaintiff may not file an amended complaint until an order issues granting him leave to file an amended complaint.

/ / /

/ / /

1

1        Accordingly, Plaintiff's second amended complaint, lodged June 6, 2016, is HEREBY
2 ORDERED STRICKEN FROM THE RECORD.

3
4 IT IS SO ORDERED.

5 Dated:   **June 7, 2016**                         _/s/ Stanley A. Boone_
                                                UNITED STATES MAGISTRATE JUDGE