# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PARLIER, et al.,<br><br>    Defendants. | Case No. 1:16 -cv-00549-LJO-SAB<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF No. 10) |

Plaintiff Alfonso Padron, proceeding pro se, filed this civil rights complaint pursuant to 28 U.S.C. § 1983 on April 19, 2016. Plaintiff filed a first amended complaint on May 27, 2016. On June 2, 2016, findings and recommendations issued finding that Plaintiff had stated a cognizable claim against Defendant Israel Lara. On July 29, 2016, an order issued requiring Plaintiff to either file an amended complaint or notify the Court that he was willing to proceed on the claims found to be cognizable against Defendant Lara. On August 4, 2016, Plaintiff notified the Court that he wanted to proceed on the claims against Defendant Lara.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendant:

    **ISRAEL LARA**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a

1

copy of the first amended complaint filed May 27, 2016;

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed first amended complaint filed May 27, 2016;

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **August 8, 2016**

UNITED STATES MAGISTRATE JUDGE