# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF PARLIER, et al.,<br><br>            Defendants. | Case No. 1:16-cv-00549-LJO-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO ISSUE NEW CASE DOCUMENTS |

Plaintiff Alfonso Padron, proceeding pro se and in forma pauperis, filed this civil rights complaint pursuant to 28 U.S.C. § 1983 on April 19, 2016. On August 9, 2016, an order issued finding service of the complaint in this action appropriate and service documents were forwarded to the United States Marshal on August 22, 2016. On November 21, 2016, Defendant Lara filed an answer.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office is directed to set the date for the mandatory scheduling conference and issue new case documents in this action.

IT IS SO ORDERED.

Dated:  **November 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1