# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF PARLIER, et al.,<br><br>            Defendants. | Case No.  1:16-cv-00549-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S CONSENT OR DECLINE FORM<br><br>(ECF No. 21) |

Plaintiff Alfonso Padron, proceeding pro se filed this civil rights complaint pursuant to 28 U.S.C. § 1983 on April 19, 2016.  (ECF No. 1.)  Along with his complaint, Plaintiff filed a form consenting to the jurisdiction of a United States Magistrate Judge.  (ECF No. 2.)  On November 22, 2016, Defendant Lara filed a form consenting to the jurisdiction of the magistrate judge and this action was reassigned to the undersigned.  (ECF Nos. 18, 20.)  On December 12, 2016, Plaintiff filed a second consent or decline form in which he declined to consent to the jurisdiction of a magistrate judge.  (ECF No. 21.)

Once a civil case is referred to a magistrate judge under 28 U.S.C. § 636(c), the reference can be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party."  Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993).  Plaintiff has previously consented to proceed before a magistrate judge.  There is no absolute right to withdraw consent to trial and other proceedings before the magistrate judge.  Dixon, 990 F.2d at

1

480.  The Court does not find good cause to have Plaintiff's consent withdrawn.  Therefore, the undersigned may exercise jurisdiction to conduct all proceedings in this matter, including the entry of judgment.

Accordingly, Plaintiff's consent or decline form, filed December 12, 2016, is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **December 14, 2016**

UNITED STATES MAGISTRATE JUDGE