# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PARLIER, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00549-SAB<br><br>ORDER CONTINUING PRETRIAL CONFERENCE TO MARCH 22, 2018 |

Plaintiff Alfonso Padron, proceeding pro se and in forma pauperis, filed this civil rights complaint pursuant to 28 U.S.C. § 1983 on April 19, 2016. Currently a pretrial conference is set for March 16, 2018. (ECF No. 25.) Due to a scheduling conflict, the pretrial conference shall be continued to March 22, 2018, before the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference set for March 16, 2018, is CONTINUED to **March 22, 2018, at 3:30 p.m.** in Courtroom 9; and

2. The parties shall file a joint pretrial statement seven (7) days prior to the pretrial conference.

IT IS SO ORDERED.

Dated: **February 13, 2018**

UNITED STATES MAGISTRATE JUDGE

1