# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARLIER, et al.,<br><br>Defendants. | Case No. 1:16-cv-00549-SAB<br><br>ORDER VACATING MAY 8, 2018 JURY TRIAL AND SETTING BRIEFING SCHEDULE |

Plaintiff Alfonso Padron, proceeding pro se and in forma pauperis, filed this civil rights complaint pursuant to 28 U.S.C. § 1983 on April 19, 2016. This matter is currently set for trial on May 8, 2018, and the parties filed pretrial statements on March 13, 2018. Upon review of the pretrial statements, the Court ordered the parties to file supplemental briefing on whether Plaintiff had a privacy right under the United States Constitution based on the claims proceeding in this action. The parties filed supplemental briefing on March 20, 2018.

The pretrial conference was held on March 22, 2018. Plaintiff appeared pro se and Gregory Myers appeared for Defendant Lira. At the Court's suggestion, the parties agreed that summary judgment motions should be filed prior to this matter proceeding to trial. Therefore, the jury trial shall be vacated to be reset, if necessary, after decision on the parties' motions for summary judgment.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial set for May 8, 2018 at 8:30 a.m. in Courtroom 9 is VACATED;
2. The parties shall file a motion for summary judgment on or before **April 13, 2018**;
3. Oppositions to a motion for summary judgment shall be filed on or before **April 27, 2018**;
4. Replies, if any, shall be filed on or before **May 4, 2018**; and
5. Oral argument on the motions for summary judgment shall be heard before the undersigned on **May 11, 2018, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **March 22, 2018**

UNITED STATES MAGISTRATE JUDGE