# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PARLIER, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00549-SAB<br><br>ORDER VACATING MAY 11, 2018 HEARING |

Plaintiff Alfonso Padron, proceeding pro se and in <u>forma pauperis</u>, filed this civil rights action pursuant to 28 U.S.C. § 1983 on April 19, 2016. (ECF No. 1.) Currently before the Court are the parties' cross motions for summary judgment. (ECF Nos. 36, 37-40.) The Court, having reviewed the record, finds these matters suitable for decision without oral argument. <u>See</u> Local Rule 230(g).

Accordingly, the previously scheduled hearing set on May 11, 2018, is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __**May 8, 2018**__　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1