# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PADRON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PARLIER, et al., <br><br> Defendants. | Case No. 1:16-cv-00549-SAB <br><br> ORDERING DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT <br><br> (ECF No. 48) |

Plaintiff Alfonso Padron is proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. On May 11, 2018, Plaintiff's motion for summary judgment was denied, Defendant Israel Lira's motion for summary judgment was granted in part, the Court declined to exercise supplemental jurisdiction over the state law claims that remained, and judgment was entered in favor of Defendant Lira on the federal claim. (ECF Nos. 45, 46.) Plaintiff filed a notice of appeal on May 22, 2018, along with an application to proceed in district court without prepayment of fees. (ECF Nos. 47, 48.)

In this instance, Plaintiff was granted leave to proceed in forma pauperis in this action on May 6, 2016. (ECF No. 4.) Where in forma pauperis status has been granted in an action, pauper status automatically continues for any appeal from a subsequent order or judgment. 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a). Since Plaintiff has been granted leave to file this action in forma pauperis, pauper status continues on appeal unless the "certifies that the appeal is not

taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding." Fed. R. App. P. 24(a)(3). Here, the district court has not certified that Plaintiff is not entitled to proceed in forma pauperis on appeal. Therefore, his pauper status automatically continues on appeal.

Accordingly, Plaintiff's motion to proceed in forma pauperis on appeal is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **May 23, 2018**

UNITED STATES MAGISTRATE JUDGE